DWAYNE MOORE, Appellant, v FEDERATED DEPARTMENT STORES, INC., et al., Respondents.

Decided October 23, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

---

ODDO ASSET MANAGEMENT, Appellant, v BARCLAYS BANK PLC et al., Respondents, et al., Defendants.

Submitted August 13, 2012; decided October 23, 2012

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 19 NY3d 584 (2012)].

---

In the Matter of DONALD ROZZ, Appellant, v NASSAU COUNTY DEPARTMENT OF ASSESSMENT et al., Respondents.

Decided October 23, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.